
## MORRIS *against* BRUSH AND OTHERS.

*In trespass under the statute, (sess 36. ch. 56. sec. 29.) for cutting down timber, the plaintiff is entitled to treble costs as well as treble damages.*

*Collier,* in behalf of the plaintiff, moved for *treble* dama-ges, and for treble costs in this case, it being an action of trespass for cutting down timber, &c., brought under the 29th section of the act for the amendment of the law, (1 *N. R. L.* 525., sess. 36. ch. 56.,) in which the jury had found a verdict for the plaintiff, and assessed the damages.

The question was, whether the plaintiff was entitled to *treble* costs.

*Per Curiam.* The plaintiff is entitled to *treble costs,* as well as treble damages.

Motion granted.(*a*)

(*a*) Vide *Tidd's Pr.* 902. Sayer on Costs, 228. Pinfold's case, 10 Co. 116. *a.* 2 *Inst.* 289. 2 *Str.* 1048. 1 *Comp.* 366—368. *Carth.* 321.